UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

*Eastern District of Kentucky*
*FILED*
*AUG 28 2025*
*AT LONDON*
*Robert R. Carr*
*CLERK U.S. DISTRICT COURT*

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-cr-70-REW
18 U.S.C. § 922(g)(1)

VICKIE MARIE ROSE

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 3, 2025, in Knox County, in the Eastern District of Kentucky,

**VICKIE MARIE ROSE,**

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Bearman Industries, Model BBG9, 9mm caliber handgun with serial number BT051892, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

By virtue of the commission of the offenses alleged in the Indictment, **VICKIE MARIE ROSE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **VICKIE MARIE ROSE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

The property to be forfeited includes, but is not limited to, the following:

### FIREARMS AND AMMUNITION:

a. Bearman Industries, Model BBG9, 9mm caliber handgun with serial number BT051892; and
b. All associated ammunition and accessories.

A TRUE BILL

███████████████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Forfeiture of listed items.